Michael EGAN, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI MID–ATLANTIC, INC. and USI
Holdings Corporation and Bristol
Township and Zurich American Ins.
Company.

Michael Egan, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and Robert
Brown and Freda Batipps and Linda
Magovern and Douglas Schroer and
Lisa McKernan and USI Holdings
Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid–Atlantic, Inc., USI
Holdings Corporation, Robert Brown,
Freda Batipps, and Linda Magovern.

Michael Egan, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and USI Hold-
ings Corporation and Bristol Town-
ship and Zurich American Ins. Com-
pany.

Michael Egan, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and Robert
Brown and Freda Batipps and Linda
Magovern and Douglas Schroer and
Lisa McKernan and USI Holdings
Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid–Atlantic, Inc., USI
Holdings Corporation, Robert Brown
and Freda Batipps and Linda Mago-
vern.

Michael Egan, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and USI Hold-
ings Corporation and Bristol Town-
ship and Zurich American Ins. Com-
pany.

Michael Egan, Jr. and Jill Egan,
h/w and Mark Buzby

v.

USI Mid–Atlantic, Inc. and Robert
Brown and Freda Batipps and Linda
Magovern and Douglas Schroer and
Lisa McKernan and USI Holdings
Corporation and Suzanne Newsome

v.

Bristol Township.

Appeal of USI Mid–Atlantic, Inc., USI
Holdings Corporation, Robert Brown
and Freda Batipps and Linda Mago-
vern.

Supreme Court of Pennsylvania.

Argued Sept. 9, 2015.
Decided Nov. 16, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of November 2015, the Uncontested Application for Discontinuance is **GRANTED.**

■

**Niajah DEEDS, a Minor by her Legal Guardian, Julia RENZULLI, Respondent**

v.

**UNIVERSITY OF PENNSYLVANIA MEDICAL CENTER, Hospital of the University of Pennsylvania and Trustees of the University of Pennsylvania, Petitioners.**

Supreme Court of Pennsylvania.

Dec. 3, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of December, 2015, the June 12, 2015 Order **VACATED,** and the Petition for Allowance of Appeal is dismissed as **MOOT.**

■

**George D. FISH, Stephen Hrabrick and Jonathan A. Briskin, Appellees,**

v.

**TOWNSHIP OF LOWER MERION, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.

Decided Dec. 21, 2015.

